UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 09-00657-CJC(RNBx)                          Date  June 4, 2010

Title  Khanh Ba Nguyen v. Equifax Information Services, LLC

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None Present                                  None Present

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT NOTICE OF SETTLEMENT

   The Court, having been advised by counsel that this action has been settled by Joint Notice of Settlement filed on June 3, 2010, hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

   The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

                                                                              :   0

                                                    Initials of Preparer   mu